# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00286-CV

**In re Lauren Jane Andersen**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Lauren Jane Andersen has filed a petition for writ of mandamus complaining that the trial court granted the real party in interest's motion for new trial and related orders after the court had lost plenary power. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. Because Andersen's suit is a SAPCR governed by the Texas Family Code, we conclude that the trial court rendered judgment within the meaning of Section 101.026 when it issued its letter ruling declaring that "the Motion for a New Trial is **GRANTED**" before it lost plenary power. *See* Tex. Fam. Code § 101.026 ("'Render' means the pronouncement by a judge of the court's ruling on a matter. The pronouncement may be made orally in the presence of the court reporter or in writing, including on the court's docket sheet or by a separate written instrument."). Accordingly, we deny the petition for writ of mandamus and lift our May 17, 2023 stay order. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed: August 25, 2023